**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS LOPEZ MUNGUIA, ) | No. CV 01-11017-VAP(CW) |
| ) Petitioner, ) | JUDGMENT |
| ) v. ) | |
| ) STEVEN CAMBRA, ) | |
| ) Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   December 1, 2008

_____
VIRGINIA A. PHILLIPS
United States District Judge

1